Order issued October 23, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-01298-CV

**SUSAN EDIS HERZFELD, Appellant**

**V.**

**RONALD MICHAEL HERZFELD, Appellee**

# ORDER

On October 11, 2012, this Court issued an order directing court reporter Micaela Ynostrosa to file a corrected Volume 6 containing all exhibits admitted at trial. We specifically identified exhibits that were missing from our record and directed Ms. Ynostrosa to include those in the record. On October 18, 2012, court reporter Micaela Ynostrosa filed a "corrected" Volume 6, but failed to include (1) Susan Herzfeld's Exhibit 10, which was admitted on page 110 of Volume 5; (2) exhibits previously admitted at other hearings; and (3) an Exhibit Index. As stated previously, this appeal is under submission and cannot move forward until this Court has a complete record in this cause.

Accordingly, we **ORDER** Micaela Ynostrosa to file a corrected Volume 6 containing all exhibits admitted at all hearings for which testimony was transcribed and filed with this Court. The volume should also contain an Exhibit Index containing a description of the exhibits and the volume and page where the exhibit was offered and received into evidence. We **STRIKE** the exhibit volume filed in this Court on October 18, 2012.

Micaela Ynostrosa is **ORDERED** to file the corrected Volume 6 **no later than 5 p.m. Wednesday, October 24, 2012.** If the corrected Volume 6 is not filed by that date, the Court will order that Ms. Ynostrosa not sit until the record is completed.

The Clerk of this Court is directed to send a copy of this order by electronic transmission to (1) the Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, (2) court reporter Micaela Ynostrosa at 1232 Hollywood Ave., Dallas, Texas 75208, (3) Official Court Reporter Francheska Duffy, and (4) counsel for all parties.

MOLLY FRANCIS
PRESIDING JUSTICE